AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| JUAN ELIAS MERCEDES, individually and on behalf of the collective and class members<br><br>*Plaintiff(s)*<br>v.<br>JMK SUB SHOP, INC., MDK SUB SHOP, INC., JEMIKA ENTERPRISES, INC., and JEFFREY KAPLOW personally, and individually,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) Civil Action No.<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> JEFFREY KAPLOW
> 21-23 Maiden Lane
> New York, New York 10038

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> EMRE POLAT PLLC
> 45 Broadway, Suite 1420
> New York, NY 10006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 9/28/2022



/s/ J. Gonzalez

*Signature of Clerk or Deputy Clerk*