UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JUAN ELIAS MERCEDES,

        Plaintiff,

        -against-

JMK SUB SHOP, INC., et al.,

        Defendants.

------------------------------------------------------------x

22-CV-8260 (PAE) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held an Initial Case Management Conference on January 5, 2023. As discussed at the conference, the deadline for Defendants to respond to the Complaint is **January 30, 2023**. Plaintiff will produce an initial set of relevant documents identified in its Initial Disclosures by **January 19, 2023**. Defendants will produce an initial set of relevant documents identified in its Initial Disclosures by **January 31, 2023**. The last day to amend the Complaint is **February 3, 2023**. All fact discovery must be complete by **July 7, 2023**.

The Court will hold a telephonic Pre-Settlement Scheduling Call on **February 2, 2023, at 12:00 p.m.** The dial in information is (866) 390-1828, access code 1582687.

**SO ORDERED.**

Dated: January 5, 2023
       New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge