UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X

JUAN ELIAS MERCEDES,
*individually and on behalf of others similarly situated*,

                Plaintiffs,

-v-

JMK SUB SHOP, INC., MDK SUB SHOP, INC., JEMIKA ENTERPRISES, INC., and JEFFREY KAPLOW personally and individually,

                Defendants.
-------------------------------------X

Case No.: 22-CV-8260

**PROPOSED JUDGMENT**

    **WHEREAS**, on or about April 27, 2023, Defendants JMK SUB SHOP, INC., MDK SUB SHOP, INC., JEMIKA ENTERPRISES, INC., and JEFFREY KAPLOW ("Defendants") extended to Plaintiff JUAN ELIAS MERCEDES an Offer of Judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure in the amount of Nine, pursuant to Rule 68 of the Federal Rules of Civil Procedure, in the amount of Nine Thousand Dollars ($9,000.00); and

    **WHEREAS,** Plaintiff accepted said Offer of Judgment on or about May 11, 2023;

    JUDGEMENT shall be entered in favor of said Plaintiff against said Defendants in the amount of Nine Thousand Dollars ($9,000.00).

    Dated: _____ 2023

                                                      Hon. Paul A. Engelmayer, U.S.D.J.